UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re:

SUNNOVA ENERGY INTERNATIONAL INC., et al.,

Debtors.

Chapter 11

Case No. 25-90160 (ARP)

United States Courts
Southern District of Texas
F I L E D

JAN - 5 2025

Nathan Ochsner, Clerk of Court

JAMIE EUGENE ORTEGA,

Plaintiff,

v.

SUNNOVA ENERGY INTERNATIONAL INC.,

Defendant.

Adversary Proceeding No. _____

## COMPLAINT FOR RESCISSION, DAMAGES, AND DECLARATORY RELIEF

### 1. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334.

This adversary proceeding is related to the above-captioned Chapter 11 case.

Plaintiff asserts that this is a core proceeding under 28 U.S.C. § 157(b)(2), and alternatively requests that the Court determine core/non-core status under FRBP 7008.

Venue is proper in this District under 28 U.S.C. §§ 1408 and 1409.

This adversary proceeding is brought pursuant to Federal Rule of Bankruptcy Procedure 7001.

### 2. PARTIES

Plaintiff, Jamie Eugene Ortega ("Plaintiff"), is an individual consumer and a creditor/opposing party in the above-captioned Chapter 11 case.

Plaintiff is not a debtor in the main bankruptcy proceeding.

Defendant, Sunnova Energy International Inc. ("Defendant"), is a debtor in the underlying Chapter 11 case currently pending in the Southern District of Texas and conducts business in the State of Arizona.

## 3. FACTUAL BACKGROUND

Plaintiff entered into a solar energy contract with Sunnova Energy Corporation, which was later disputed for lack of compliance with federal and state consumer protection laws.

On November 4, 2024, Plaintiff emailed Sunnova to request a paper billing statement. Sunnova responded stating that no paper billing was available.

On November 6, 2024, Plaintiff followed up with a demand for full periodic billing statements pursuant to the Truth in Lending Act (TILA), 15 U.S.C. § 1637(b), and Regulation Z (12 C.F.R. § 1026.7), but no statements were provided.

On July 14, 2025, Plaintiff issued a formal validation of debt demand under the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692g(b), TILA, and the Uniform Commercial Code (UCC) §§ 3-309 and 9-601 (A.R.S. §§ 47-3309 and 47-9601), requesting original source documents, accounting, lien records, and proof of legal authority. Plaintiff instructed that all collection efforts must cease until validation was provided.

On August 11, 2025, Plaintiff submitted a billing dispute reiterating violations of TILA § 1637(b), Arizona's Consumer Fraud Act (A.R.S. § 44-1522), and the FDCPA. No response or validation was provided.

On August 30, 2025, the Consumer Financial Protection Bureau (CFPB) confirmed that Sunnova failed to respond to Plaintiff's formal complaint.

On September 9, 2025, Defendant initiated an unauthorized ACH debit of $623.70 from Plaintiff's USAA account ending in 1165. The transaction was labeled "Sunnova Solar" and categorized under "Utilities."

On October 8, 2025, Defendant repeated the same unauthorized ACH debit of $623.70. These back-to-back transactions were conducted while no debt had been validated, and despite Plaintiff's instructions to cease collections.

Lien and property searches conducted by Plaintiff revealed that no UCC financing statement, lien, or security interest was ever recorded or perfected in Arizona. The Maricopa County Recorder's Office shows no lien filings on record. UCC search results (as both debtor and secured party) were negative.

Plaintiff previously filed a motion for sanctions and rescission in the main bankruptcy case. That motion was denied without prejudice. Plaintiff now brings this complaint as a separate adversary proceeding under Federal

Rule of Bankruptcy Procedure 7001 to seek rescission of the contract, statutory and actual damages, and declaratory relief, and to preserve all substantive rights and arguments raised in the prior motion now reasserted in a procedurally proper manner.

Defendant's actions violate the following laws and regulations:

• Truth in Lending Act (TILA), 15 U.S.C. §§ 1601 et seq.

• Regulation Z, 12 C.F.R. § 1026.7

• Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692g(b)

• Uniform Commercial Code, UCC §§ 3-309 and 9-601; A.R.S. §§ 47-3309 and 47-9601

• Arizona Consumer Fraud Act, A.R.S. § 44-1522

• Federal Rule of Bankruptcy Procedure 7001

Relevant case law includes:

• Chase Bank USA, N.A. v. McCoy, 562 U.S. 195 (2011).

• Walls v. Wells Fargo Bank, N.A., 276 F.3d 502 (9th Cir. 2002).

• Gonzales v. Arrow Financial Services, LLC, 660 F.3d 1055 (9th Cir. 2011).

## 4. CAUSES OF ACTION

### COUNT I: RESCISSION OF CONTRACT

Plaintiff seeks rescission of the contract due to material breaches including failure to validate the alleged debt, non-disclosure, and unauthorized billing activity.

### COUNT II: DAMAGES UNDER CONSUMER PROTECTION LAWS

Defendant's conduct violated federal and state consumer protection laws, including but not limited to the Truth in Lending Act, Fair Debt Collection Practices Act, and Arizona Consumer Fraud Act.

### COUNT III: DECLARATORY RELIEF

Plaintiff seeks a declaration that no valid and enforceable debt exists due to Defendant's failure to comply with statutory obligations and lack of perfected security interest.

## 5. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment as follows:

a) Rescission of the contract;

b) Actual and statutory damages;

c) Declaratory relief that no enforceable debt exists;

d) An order that Plaintiff retains all equipment without further obligation;

e) Costs and attorney's fees (to the extent permitted by law); and

f) Any other relief the Court deems just and proper.

Respectfully submitted,

Jamie Eugene Ortega

Pro Se

15902 W. Young St.

Surprise, AZ 85374

Telephone: (602) 478-0031

Email: jamieortega1980@gmail.com

U.S. POSTAGE PAID
FCM LG ENV
SURPRISE, AZ 85374
DEC 29, 2025
**$8.30**
S2324H505029-4

Retail

77002

RDC 99

CERTIFIED MAIL

9589 0710 5270 3276 2722 77

Jamie Eugene Ortega
15902 West Young Street
Surprise, Arizona 85374

U.S. Bankruptcy Court – Southern District of Texas
Houston Division
Clerk of Court
515 Rusk Avenue
Houston, TX 77002

United States Courts
Southern District of Texas
FILED

JAN - 5 2025

Nathan Ochsner, Clerk of Court